180 So. 895

### Floyd YEAMAN v. STATE.

#### 4 Div. 9.

Supreme Court of Alabama.

April 14, 1938.

J. B. Hicks, of Phoenix City, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

This cause is before the court on petition of Floyd Yeaman for writ of certiorari to the Court of Appeals, to review and revise that court's opinion and judgment in the case of Floyd Yeaman v. State, 180 So. 903.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

180 So. 895

### Gary YOUNG, alias Horse, v. STATE.

#### I Div. 979.

Supreme Court of Alabama.

April 21, 1938.

Ralph Holberg, Jr., and Peyton Norville, Jr., both of Mobile, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Affirmed.

All the Justices concur.